**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| CITY OF BALTIMORE, *ex rel.* Ebony Thompson,<br><br>*Plaintiff*,<br>v.<br><br>KALSHIEX LLC, *et al*.,<br><br>*Defendants*. | Case No: 26-cv-3217-ABA |

**ORDER**

Upon consideration of the Parties' Stipulation Regarding Briefing Schedule and Responsive Pleadings, ECF No. 33, and good cause appearing therefor, it is hereby **ORDERED** that the Stipulation is **APPROVED**, and it is further **ORDERED** as follows:

1. All proceedings—including but not limited to briefing on Plaintiff's Motion to Remand and Defendants' deadlines to answer or otherwise respond to the operative complaint—are **STAYED** until the earlier of: (i) four (4) months from the date of the order granting this Stipulation by the Court; or (ii) the date on which the Supreme Court decides the last of the Pending Certiorari Petitions, whether by grant or denial of certiorari (the "Stay Expiration Date"). The period through the Stay Expiration Date is the "Stay Period." The Parties may, by mutual written agreement, and subject to the Court's approval, extend the Stay Period as appropriate.

2. Within 7 days of the Stay Expiration Date, the Parties agree to either (i) submit a joint status report to the Court reflecting the Parties' agreement to further stay proceedings or (ii) absent such agreement, propose new deadlines for the continued briefing on the Motion to Remand

and for responsive pleadings. Absent an agreement between the parties otherwise, Defendants shall have twenty-one (21) days from the Stay Expiration Date to file their opposition to the Motion to Remand, and the City shall have twenty-one (21) days from the filing of Defendants' opposition to file any reply; and

3. Defendants' deadlines to answer or otherwise respond to the operative complaint are deferred during the pendency of the Motion to Remand.

**IT IS SO ORDERED.**

Dated: October 1, 2026

*/s/*

Judge Adam B. Abelson
District Judge